Darla K. BILLINGS, Appellant,

v.

Tod R. BILLINGS, Respondent.

No. WD 75957.

Missouri Court of Appeals,
Western District.

Dec. 24, 2013.

Marilyn M. Shapiro, for appellant.

Mark E. Rains, for respondent.

Before Division II: MARK D. PFEIFFER, Presiding Judge, JOSEPH M. ELLIS, Judge and VICTOR C. HOWARD, Judge.

### ORDER

PER CURIAM:

Appellant, Darla Billings ("Ms.Billings"), appeals from the judgment of the trial court granting Tod Billings's motion to modify judgment of dissolution to terminate maintenance and child support. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).

Amanda CASH and Adam
Cash, Appellants,

v.

Cynthia G. MEIER, Respondent.

No. WD 76065.

Missouri Court of Appeals,
Western District.

Dec. 24, 2013.

Brian C. Russell and Matthew D. Meyerkord, N. Kansas City, MO, for appellants.

Todd C. Barrett and Jordan B. Burns, Kansas City, MO, for respondent.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, LISA WHITE HARDWICK, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Amanda Cash and Adam Cash appeal a verdict entered by the Circuit Court of Clay County following a jury trial in which Amanda Cash, a plaintiff, and the defendant, Cynthia Meier, were each assessed zero percent fault in an action based on a car accident that occurred during a snow storm. Because we find no reversible error in the trial court's evidentiary rulings, nor in its denial of Cash's motion for a new trial, we affirm. Rule 84.16(b).